

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2020

No. 04-20-00055-CV

Donald E. **GHIDONI**,
Appellant

v.

**STONE OAK, INC.**, Hill Country Water Works Company and Hill Country S.A., LTD. and
Nancy Ghidoni-Meehan,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1992-CI-17421
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is hereby NOTED. Time is extended to March 2, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court